PHILLIP H. STONE, Claimant, *v.* STATE OF NEW YORK, Defendant. (Motion No. 2688.)

Court of Claims, November 8, 1954.

*John F. Henry* for claimant.

*Nathaniel L. Goldstein, Attorney-General (Quentin E. Grant* of counsel), for defendant.

MAJOR, J. This is a motion for permission to file a late claim against the State of New York, under subdivision 5 of section 10 of the Court of Claims Act.

Claimant's sole excuse for his failure to file his claim is that he was " ignorant of our laws and customs relative to the filing of claims against the State; and that he was not aware that he had a claim against the State of New York until he was recently apprised of the fact ".

There is nothing to indicate that he was under a disability or that he was physically or mentally incapable of seeking counsel as to his rights.

Claimant does not present a reasonable excuse for his tardiness. (*Havill* v. *State of New York,* 284 App. Div. 932, and cases cited therein.)

Claimant's motion is, therefore, denied.